No. 450. HAYNES DRILLING CO. *v.* INDIAN TERRITORY ILLUMINATING OIL CO. November 8, 1937. Petition for writ of certiorari to the Supreme Court of Oklahoma de-

nied as it does not appear from the record that there is a final judgment. *Mr. Harry O. Glasser* for petitioner. *Messrs. W. P. McGinnis, Donald Prentice,* and *W. Tom Anglin* for respondent.